# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00787-CV

---

### In re Airstream, Inc. and RV Retailer Texas II LLC d/b/a Blue Compass RV

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relators have filed a petition for writ of mandamus challenging the trial court's order denying their motion to dismiss. *See* Tex. R. App. P. 52.1. After signing the order denying the motion to dismiss, the respondent judge, the Honorable Madeleine Connor, left office as the presiding judge of the 353rd District Court of Travis County.

Under Rule 7.2 of the Texas Rules of Appellate Procedure, when a public officer ceases to hold office, "[i]f the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision." *Id.* R. 7.2(b); *see also In re Gonzales*, 391 S.W.3d 251, 252 (Tex. App.—Austin 2012, orig. proceeding) (explaining underlying policy rationale behind Rule 7.2(b), which is to afford successor judge an opportunity to rule on relator's complaint before appellate court considers mandamus petition).

Accordingly, we abate this mandamus petition for thirty days and instruct the successor judge to prepare and send to this Court her ruling on the motion to dismiss no later than

April 2, 2025.  *See* Tex. R. App. P. 52.10(b) (noting appellate court may grant any just temporary relief pending appellate court's action on mandamus petition).

It is so ordered on March 3, 2025.

Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed:  March 3, 2025